**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       The City of Denton v. Randy Turner, Obo Terrill, Turmer a/k/a Terrell Turner, deceased, Liz Chavez, Shannon Hodge, Kevin Wong, Scott Minnick and Holly Pride, et al.

Appellate case number:   01-23-00051-CV

Trial court case number:  2021-24797

Trial court:                    164th District Court of Harris County

On February 9, 2023, Appellant, The City of Denton ("Appellant"), filed an Unopposed Motion to Dismiss Appeal with Prejudice ("Motion to Dismiss"). The certificate of service on the Motion to Dismiss does not comply with Texas Rule of Appellate Procedure 9.5. Specifically, the certificate of service does not indicate the Motion to Dismiss was served "on all parties to the proceeding" and the date and manner of service for all parties. TEX. R. APP. P. 9.5(a), (e). While the certificate of service attached to the Motion to Dismiss indicates the Motion was served "on all counsel of record . . . via electronic transmission," the attached Automated Certificate of eService reflects only that Appellant's counsel was served.

Appellant's Motion to Dismiss is struck. The Court will consider a motion to dismiss that complies with Texas Rule of Appellate Procedure 9.5. TEX. R. APP. P. 9.5.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                        Acting individually

Date:  February 16, 2023